UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANLIN INDUSTRIES, INC., a California corporation,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALLBRAND WINDOWS, INC., a California corporation, dba Allbrand Windows and fka New View Vinyl Windows & Doors, a California corporation<br>　　　　　　　　Defendants. | CASE NO. C 03-04631 JSW<br><br>[Proposed]<br><br>**JUDGMENT** |

　　　　Pursuant to the stipulation for judgment filed in this matter,

　　　　**IT IS ORDERED THAT JUDGMENT IS HEREBY ENTERED** in favor of plaintiff Anlin Industries, Inc. and against Defendant Allbrand Windows, Inc., in the amount of twenty-five thousand dollars ($25,000.00), plus interest at the judicial rate from date of entry of this judgment until paid in full.

Dated: August 30, 2005

　　　　　　　　　　　　　　　　　　_Jeffrey S. White_
　　　　　　　　　　　　　　　　　　JUDGE

　　　　　　　　　　　　　　　　　　By Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -